FANNIE BERGER, Appellant, v. MURRAY J. BERGER, Defendant. In the Matter of the Motion Made by MARTHA GOTTLIEB, Respondent.— Motion for stay granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; other-

wise, motion denied. Present — Young, Kapper, Hagarty and Tompkins, JJ.; Lazansky, P. J., not voting.